Crystal L. Cox
Pro Se Plaintiff
Case 2:12-cv-02040-GMN-PAL
SavvyBroker@Yahoo.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Plaintiff Crystal L. Cox

                            **Request to admit or deny conflict via signing a
                                a Conflict of Interest Disclosure**

v.

Marc J. Randazza, personally and professionally,

Marc Randazza, personally and professionally,

Ronald Green, Randazza Legal Group,

Greenberg Traurig Law Firm,

Kenneth P. White, personally and professionally,

Brown, White and Newhouse Law Firm,

Kashmir Hill of Forbes, personally and professionally,

Forbes Inc., .

Godaddy Inc.,

Bob Parsons, Jessica Griffin, personally and professionally

Tonkon Torp Law Firm,

David S. Aman, Michael Morgan, Steven Wilker, personally and professionally,

Proskauer Rose Law Firm,

Kenneth Rubenstein, Allen Fagin, Gregg (Greggory) Mashberg, Jenifer DeWolf Paine, Joseph Lecesse, personally and professionally,

Obsidian Finance Group,

David W. Brown, Kevin D. Padrick, personally and professionally,

WIPO,

Francis Gurry, Erik Wilbers, personally and professionally,

Peter L. Michaelson, personally and professionally,

New York Times, David Carr, personally and professionally,

Philly Law Blog, Philadelphia Business,

Jordan Rushie, personally and professionally, P

Leo M. Mulvihill, Jr., personally and professionally,

Mulvihill & Rushie, LLC,

SaltyDroid, Jason Jones Esq., personally and professionally

Janine Robben personally and professionally

Oregon State Bar Bulletin

Liberty Media Holdings,

John C. Malone, personally and professionally

Corbin Fisher, Business, Corporation,

XBIZ, California Business

Manwin, Business, Corporation, LUXEMBOURG, Montreal Canada, Los Angeles

Bob Garfield, personally and professionally

NPR, New York Public Radio,

Tracy L. Coenen personally and professionally

SequenceInc.com, Wisconsin Company

Mark Bennett, personally and professionally

blog.bennettandbennett.com, Bennett and Bennett, Business

Scott H. Greenfield, Carlos Miller, John Calkins Sony, personally and professionally,

Eric Turkewitz, personally and professionally

Matthew M. Triggs, Personally and Professionally

Turkewitz Law Firm and NewYorkPersonalInjuryAttorneyBlog.com,

Scott H. Greenfield of Simple Justice - a New York Criminal Defense Blog and blog.simplejustice.us, personally and professionally

Carlos Miller of PixIQ.com and PhotographyisNotaCrime.com, personally and professionally

Roxanne Grinage, personally and professionally, HireLyrics,

Sean Boushie, personally and professionally,

University of Montana, Montana

Royce Engstrom, Bernie Cassidy, Taylor Kai Groenke ( Kai Groenke), personally and professionally,

Martin Cain, Dylan Energy, personally and professionally, Maryland Individual, Maryland Business

APPLE, Corporation

Steve Dowling, Bruce Sewell, California, Doug Chey, Douglas D. Chey, personally and professionally California

Tim Vawter, The Protection Group Video, personally and professionally

Judge Gloria M. Navarro personally and Professionally,

Daniel Staton Professional and Personally,

Marshall Ross Professional and Personally,

Multnomah County Sheriff's Office

Intel Corp.  Oregon Business, California Business, Global Business

Steven Rodgers Vice President & Deputy General Counsel at Intel Corporation, Personally and Professionally.

Douglas Melamed, Intel Corp. Professional and Personally

Mark Vena, personally and professionally,

David Wang, personally and professionally,

Synaptics,

Bret Sewell, personally and professionally,

EDWARD KWAKWA, personally and professionally,

P. Stephen Lamont, personally and professionally,

Ari Bass - Michael Whiteacre, personally and professionally,

Sean Tompkins, personally and professionally,

Leo M. Mulvihill, Jr.Personally and Professionally,

Mulvihill & Rushie LLC,

Free Speech Coalition,

Diana Duke, Personally and Professionally,

Liberty Media Holdings Connected Companies: Liberty Capital, AOL Inc. (1% through Liberty Capital and 2% through Liberty Interactive), Barnes and Noble Inc. (17%), CenturyLink Inc. (1%) Crown Media Holdings Inc. (3%), Current Communications Group LLC. (8% through Liberty Partners and Liberty Associated Partners), Jingle Networks Inc. (9% through Liberty Partners and Liberty Associated Partners), Kroenke Arena Company LLC. (7%), Live Nation Entertainment Inc. (21%), Mobile Streams Inc. (16%), Motorola Mobility Inc. (2%) Motorola Solutions Inc. (2%), Priceline.com Inc. (1%), Sirius XM Radio Inc. (40%) Sprint Nextel Corporation (2%), Time Warner Cable Inc. (1% through Liberty Capital and 2% through Liberty Interactive), Time Warner Inc. (1% through Liberty Capital and 2% through Liberty Interactive) ,Viacom Inc. (1%)

John and Jane Doe Defendants, Individuals and Companies, 1-5000.

## Conflict of Interest Disclosure Request (COI)
## THIS COI MUST BE SIGNED AND RETURNED PRIOR TO ANY ACTION BY This Court Regarding this Case.

The Conflict of Interest Disclosure Form is designed to ensure that the review and any determination from such review of the enclosed materials should not be biased by any conflicting financial interest or any other conflicting interest by those reviewers responsible for the handling of this confidential information. Whereby any conflict with any of the main alleged perpetrators of the alleged crimes referenced in these matters herein, or any other perpetrators not known at this time, must be fully disclosed in writing and returned by anyone reviewing these matters prior to making ANY determination.

Disclosure forms with "Yes" answers, by any party, to any of the following questions, are demanded not to open the remainder of the documents or opine in any manner, until the signed COI is reviewed and approved by the Iviewit companies, Eliot Bernstein and Plaintiff Crystal Cox.

If you feel that a Conflict of Interest exists that cannot be eliminated through conflict resolution instantly forward the matters to the next available reviewer that is free of conflict that can sign and complete the requisite disclosure. Please identify conflicts that you have, in writing, upon terminating your involvement in the matters to the address listed at the end of this disclosure form.

As many of these alleged perpetrators are large law firms, lawyers, members of various state and federal courts, officers of federal, state and local law enforcement and regulatory agencies, careful review and disclosure of any conflict with those named herein is pertinent in your continued handling of these matters objectively.

These matters already involve claims of, including but not limited to, Conflicts of Interest, Violations of Public Offices, Whitewashing of Official Complaints in the Supreme Courts of New York, Florida, Virginia and elsewhere, Threatening a Federal Witness in a "legally related" Federal Whistleblower Lawsuit, Document Destruction and Alteration, Obstructions of Justice, RICO, ATTEMPTED MURDER and much more. The need for prescreening for conflict is essential to the administration of due process in these matters and necessary to avoid charges of OBSTRUCTION OF JUSTICE and more, against you.

US Federal District Court Judge, Shira A. Scheindlin, legally related the matters to a New York Supreme Court Attorney Whistleblower Lawsuit of Christine C. Anderson, Esq. who alleges similar claims of public office corruption against Supreme Court of New York Officials, US Attorneys, NY District Attorneys and Assistant District Attorneys. Therefore, this Conflict Check is a formal request for full disclosure of any conflict on your part, such request conforming with all applicable state and federal laws, public office rules and regulations, attorney conduct codes and judicial canons or other international law and treatises requiring disclosure of conflicts and disqualification from these matters where conflict precludes involvement.

Failure to comply with all applicable conflict disclosure rules, public office rules and regulations, and, state, federal and international laws, prior to continued action on your part, shall constitute cause for the filing of criminal and civil complaints against you for any decisions or actions you make prior to a signed Conflict Of Interest Disclosure Form. Charges will be filed against you for failure to comply.

Complaints will be filed with all appropriate authorities, including but not limited to, the appropriate Federal, State, Local and International Law Enforcement Agencies, Public Integrity Officials, Judicial Conduct Officials, State and Federal Bar Associations, Disciplinary Departments and any/all other appropriate agencies.

I, Crystal L. Cox, in my Pro Se Capacity demand all Judges, Law Clerks, or anyone Ruling in this case Sign this Conflict of Interest Disclosure ensuring Plaintiff of a fair and neutral legal proceding.

I, Crystal L. Cox, in my Pro Se Capacity demand that Any person, company, authority involved with any decision making at all regarding thi case  sign this conflict of interest form.

Please Read and accept prior to further handling of this complaint.  Please accept and return signed, the following Conflict of Interest Disclosure Form (COI) before continuing further with adjudication, review or investigation of this case.

Failure to Comply May Result in Federal and State Criminal and Civil Charges Against You.

Please accept and return signed the following Conflict of Interest Disclosure Form (COI) before continuing further with adjudication, review or investigation of any legal matters pertaining to Pro Se Plaintiff Crystal Cox.

I, Pro Se Plaintiff Crystal Cox, Demand that any Judge, Law Clerk, or anyone with authority in this case sign this Disclosure swearing to no knowledge of a Conflict of Interest of any kind regarding the Obsidian Vs. Cox civil matter, or anything related to Crystal L. Cox.

I, Pro Se Plaintiff Crystal Cox, Demand that all involved in decision making in any way affirm or deny that you are or are not connected to anyone listed in the COI Disclosure in any way.

I, Pro Se Plaintiff Crystal Cox, Demand that all involved in decision making in any way confirm that in acting as Plaintiff's Attorney in collecting a Judgment, or any decisions regarding the Plaintiff Crystal Cox that you are not  biased or conflicted in any way.

**ADMISSION & ACKNOWLEDGEMENT OF CONFLICTS OF INTEREST is required by Law.**

After 10 Days, if this form has not been signed or subsequently turned over to a NON CONFLICTED PARTY, your Failure to comply may result in criminal and civil charges FILED against you FOR AIDING AND ABETTING A RICO CRIMINAL ORGANIZATION, FEDERAL OBSTRUCTION OF JUSTICE and more, AS NOTED HEREIN.

The Conflict of Interest Disclosure Form designed to ensure that the review and any determinations from such review of the enclosed materials should not be biased by any conflicting financial interest or any other conflicting interest by those reviewers responsible for the handling of this confidential information. Whereby any conflict with any of the main alleged perpetrators of the alleged crimes referenced in these matters or any other perpetrators not known at this time must be fully disclosed and affirmed in writing and returned by to any review.

Disclosure forms with "Yes" answers, by any party, to any of the following questions, are demanded not to open the remainder of the documents or opine in any manner until reviewed and approved by Plaintiff Crystal Cox.

If you feel that conflict of interest exists that cannot be eliminated through conflict resolution then you must, by law instantly forward the matters to the next available reviewer that is free of conflict that can sign and complete the requisite disclosure. Please identify conflicts that you have, in writing, upon terminating your involvement in the matters.

As many of these alleged perpetrators are large law firms, members of various state and federal courts and officers of federal, state and local law enforcement agencies, careful review and disclosure of any conflict with those named herein is pertinent in your continued handling of these matters objectively.

This is a formal request for full disclosure of any conflict on your part, such request conforming with all applicable state and federal laws, public office rules and regulations, attorney conduct codes and judicial canons or other international law and treatises requiring disclosure of conflicts and Withdrawal from matters where conflict precludes involvement.

Failure to comply with all applicable conflict disclosure rules, public office rules and regulations and laws, prior to continued action on your part, shall constitute cause for the

filing of criminal and civil complaints against you for any decisions or actions you make prior to a signed Conflict Of Interest Disclosure Form, with all applicable regulatory and prosecutorial agencies. Complaints will be filed with all appropriate authorities, including but not limited to, the appropriate Federal, State, Local and International Law Enforcement Agencies, Public Integrity Officials, Judicial Conduct Officials, State and Federal Bar Associations, Disciplinary Departments and any/all other appropriate oversight agencies.

I. Do you, your spouse, and your dependents, in the aggregate have, any direct or indirect relations (relationships), or interest in any entity or any direct or indirect relations (relationships) to any of the parties listed in
_____NO ____YES

Please describe in detail any consideration(s) on a separate and attached sheet fully disclosing all information regarding the consideration(s). If the answer is Yes, please describe the relations, relationships and / or interests and please affirm whether such presents a conflict of interest in fairly reviewing the matters herein without undue bias or prejudice of any kind.

II. Do you, your spouse, and your dependents, in the aggregate have, any direct or indirect relations (relationships), or interest in any outside entity or any direct or indirect relations (relationships) to Any other known or unknown person or known or unknown entity not named herein that will cause your review of the complaint you are charged with investigating to be biased by any conflicting past, present, or future financial interest or any other interest(s)?
_____NO ____YES

Please describe in detail any identified conflicted parties on a separate and attached sheet. Fully disclose all information regarding the conflict. If the answer is Yes, please describe the relations, relationships and / or interests and please affirm whether such presents a conflict of interest in fairly reviewing the matters herein without undue bias or prejudice of any kind. Please indicate if you are seeking waiver of the conflict(s) or will be disqualifying from involvement in these matters.

III. Do you, your spouse, and your dependents, in the aggregate, receive salary or other remuneration or financial considerations from any entity related to the enclosed parties to the proceeding of the matters, defined in I, including but not limited to, campaign contributions whether direct, "in kind" or of any type at all?
_____NO ____YES

Please describe in detail any consideration(s) on a separate and attached sheet fully disclosing all information regarding the consideration(s). If the answer is Yes, please describe the relations, relationships and / or interests and please affirm whether such presents a conflict of interest in fairly reviewing the matters herein without undue bias or prejudice of any kind.

IV. Have you, your spouse, and your dependents, in the aggregate, had any prior communication(s), including but not limited to, phone, facsimile, e-mail, mail, verbal, etc. with any person related to the proceeding of the Crystal Cox or related matters as defined in I?

Please describe in detail any identified communication(s) on a separate and attached sheet fully disclosing all information regarding the communication(s). If the answer is Yes, please describe the communication(s) in detail, including but not limited to, who was present, what type of communication, the date and time, please affirm whether such communication(s) present a conflict of interest in fairly reviewing the matters herein without undue bias or prejudice of any kind.

V. I have run a thorough and exhaustive Conflict of Interest check to conform with any and all state, federal or local laws, public office rules and regulations and any professional association rules and regulations regarding disclosure of any conflicts to verify that my spouse, my dependents, and I in the aggregate, have no conflicts with any parties to the matters referenced herein.
  _____NO _____YES

VI. I have notified all parties with any liabilities regarding my continued actions in these matters, including state agencies, insurance concerns or any other person with liability that may result from my actions in these matters.
  _____NO _____YES

Relevant Sections of Judicial Cannons, Attorney Conduct Codes and Law Conflict of Interest Laws & Regulations Conflict of interest indicates a situation where a private interest may influence a public decision.

Conflict of Interest Laws are Laws and designed to prevent conflicts of interest that deny fair and impartial due process and procedure thereby Obstructing Justice in State and/or Federal Civil and Criminal Proceedings. These Laws may contain provisions related to financial or asset disclosure, exploitation of one's official position and privileges, improper relationships, regulation of campaign practices, etc.

The Relevant Sections of Attorney Conduct Codes, Judicial Cannons, Public Office Rules & Regulations and State & Federal Law listed herein are merely a benchmark guide and other state, federal and international laws may be applicable to your particular circumstances in reviewing or acting in these matters. For a more complete list of applicable sections of law relating to these matters, please visit the RICO & ANTITRUST STATE FEDERAL AND INTERNATIONAL LAWS VIOLATED, fully incorporated by reference in entirety herein.

**ARTICLE 200 BRIBERY INVOLVING PUBLIC SERVANTS AND RELATED OFFENSES**
S 200.03 Bribery in the second degree
S 200.04 Bribery in the first degree
S 200.05 Bribery; defense
S 200.10 Bribe receiving in the third degree
S 200.11 Bribe receiving in the second degree
S 200.12 Bribe receiving in the first degree
S 200.15 Bribe receiving; no defense
S 200.20 Rewarding official misconduct in the second degree
S 200.22 Rewarding official misconduct in the first degree S 200.25 Receiving reward for official misconduct in the second degree
S 200.27 Receiving reward for official misconduct in the first degree
S 200.30 Giving unlawful gratuities
S 200.35 Receiving unlawful gratuities
S 200.40 Bribe giving and bribe receiving for public office; definition of term
S 200.45 Bribe giving for public office
S 200.50 Bribe receiving for public office
ARTICLE 175 OFFENSES INVOLVING FALSE WRITTEN STATEMENTS
S 175.05 Falsifying business records in the second degree. S 175.10 Falsifying business records in the first degree.
S 175.15 Falsifying business records; defense
S 175.20 Tampering with public records in the second degree
S 175.25 Tampering with public records in the first degree

S 175.30 Offering a false instrument for filing in the second degree
S 175.35 Offering a false instrument for filing in the first degree
NY Constitution ARTICLE XIII Public Officers
Public Officers - Public Officers ARTICLE 1
ARTICLE 2 Appointment and Qualification of Public Officers - ARTICLE 15 ATTORNEYS AND COUNSELORS
S 468-b. Clients` security fund of the state of New York
S 476-a. Action for unlawful practice of the law
S 476-b. Injunction to restrain defendant from unlawful practice of the law
S 476-c. Investigation by the attorney-general
S 487. Misconduct by attorneys
S 488. Buying demands on which to bring an action.
Public Officers Law SEC 73 Restrictions on the Activities Of Current and Former StateOfficers and Employees
Public Officers Law SEC 74 Code of Ethics
Conflicts of Interest Law, found in Chapter 68 of the New York City Charter, the City's Financial Disclosure Law, set forth in section 12-110 of the New York City Administrative Code, and the Lobbyist Gift Law, found in sections 3-224 through 3-228 of the Administrative Code.


## TITLE 18 FEDERAL CODE & OTHER APPLICABLE FEDERAL LAW

TITLE 18 PART I CH 11
Sec. 201. Bribery of public officials and witnesses
Sec. 225. - Continuing financial crimes enterprise
BRIBERY, GRAFT, AND CONFLICTS OF INTEREST
Sec. 205. - Activities of officers and employees in claims against and other matters affecting the Government
Sec. 208. - Acts affecting a personal financial interest
Sec. 210. - Offer to procure appointive public office
Sec. 225. - Continuing financial crimes enterprise
TITLE 18 PART I CH 79 Sec 1623 - False declarations before grand jury or court
Sec 654 - Officer or employee of United Statesconverting property of another
TITLE 18 PART I CH 73 Sec 1511 - Obstruction of State or local law enforcement
TITLE 18 PART I CH 96 Sec 1961 RACKETEER INFLUENCED AND CORRUPT Organizations ("RICO")
Section 1503 (relating to obstruction of justice),

Section 1510 (relating to obstruction of criminal investigations)
Section 1511 (relating to the obstruction of State or local law enforcement),
Section 1952 (relating to racketeering),
Section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity),
TITLE 18 PART I CH 96 SEC 1962 (A) RICO
TITLE 18 PART I CH 96 SEC 1962 (B) RICO
TITLE 18 PART I CH 96 SEC 1962 (C) RICO
title 18 part i ch 19 sec 1962 (d) RICO
TITLE 18 PART I CH 19 CONSPIRACY Sec 371 CONSPIRACY TO COMMIT OFFENSE OR TO DEFRAUD UNITED STATES
TITLE 18 PART I CH 95 RACKETEERING SEC 1957 Engaging in monetary transactions in property derived from specified unlawful activity
TITLE 18 PART I CH 47 Sec 1031 - Major fraud against the United States

Attorney Conduct Code
(a) "Differing interests" include every interest that will adversely affect either the judgment or the loyalty of a lawyer to a client, whether it be a conflicting, inconsistent, diverse, or other interest.
CANON 5. A Lawyer Should Exercise Independent Professional Judgment on Behalf of a Client
DR 5-101 [1200.20] Conflicts of Interest - Lawyer's Own Interests.
DR 5-102 [1200.21] Lawyers as Witnesses.
DR 5-103 [1200.22] Avoiding Acquisition of Interest in Litigation.
DR 5-104 [1200.23] Transactions Between Lawyer and Client.
DR 5-105 [1200.24] Conflict of Interest; Simultaneous Representation.
DR 5-108 [1200.27] Conflict of Interest - Former Client.
CANON 6. A Lawyer Should Represent a Client Competently
CANON 7. A Lawyer Should Represent a Client Zealously Within the Bounds of the Law
DR 7-102 [1200.33] Representing a Client Within the Bounds of the Law.
DR 7-110 [1200.41] Contact with Officials.
DR 8-101 [1200.42] Action as a Public Official.
DR 8-103 [1200.44] Lawyer Candidate for Judicial Office.
A. A lawyer who is a candidate for judicial office shall comply with section 100.5 of the Chief Administrator's Rules Governing Judicial Conduct (22 NYCRR) and Canon 5 of the Code of Judicial Conduct.
CANON 9. A Lawyer Should Avoid Even the Appearance of Professional Impropriety
DR 9-101 [1200.45] Avoiding Even the Appearance of Impropriety.

I Demand that Magistrate Judge Peggy A. Leen, Law Clerk Jeff Miller, Law Clerk Michael Zadina, Judge Gloria M. Navarro and anyone with authority in this case disclose any connections to Marc Randazza, Randazza Legal Group, Porn Wiki Leaks, Manwin, Corbin Fisher, and any client or financial investment related to any connections, or companies to do with Marc Randazza in any way.

I Demand that Magistrate Judge Peggy A. Leen, Law Clerk Jeff Miller, Law Clerk Michael Zadina, Judge Gloria M. Navarro and anyone with authority in this case disclose any connections Forbes Magazine, Kashmir Hill, New York Times, David Carr, Kenneth P. White, Warner Bros., MPEG LA and the Following List Connected to iViewit Technologies (Founder and Inventor Eliot Bernstein) :

Any and all Proskauer Rose Attorneys, Doug Chey, Blockbuster, ATT, APPLE, Steve Dowling, D. Bruce Sewell, WAYNE HUIZENGA, JR., MovieFly Inc., Uview.com Inc., Too Much Media, Liberty Media Holdings LLC, ATT, Viacom, Warner Bros., Lockheed Martin, Intel Corp. Proskauer Rose Law Firm, MPEG LA, Kenneth Rubenstein, Peter L. Michaelson, HUIZENGA HOLDINGS INCORPORATED, Volvo, European Patent Office, Hon. Judith Kaye, P. Stephen Lamont, Foley and Lardner Law Firm, Raymond Joao, James E. Peltzer, DVD6C LICENSING GROUP, Time Warner Inc., Toshiba Corporation; Hitachi, Ltd.; Matsushita Electric Industrial Co. Ltd.; Mitsubishi Electric Corporation; Columbia University; Fujitsu Limited; General Instrument Corp; Lucent Technologies Inc.; Matsushita Electric Industrial Co., Ltd.; Mitsubishi Electric Corp.; Philips Electronics N.V. (Philips); Scientific Atlanta, Inc.; Sony Corp. (Sony);

And

EXTENDED LIST OF MPEGLA LICENSEES AND LICENSORS; any other John Doe MPEGLA, LLC. Partner, Associate, Engineer, Of Counsel or Employee; any other John Doe ("John Doe") MPEGLA, LLC partners, affiliates, companies, known or not known at this time; including but not limited to MPEGLA, LLC and any other MPEGLA, LLC related or affiliated entities both individually and professionally; PEQUOT CAPITAL MANAGEMENT, INC., REALNETWORKS INC., REALCAST, Any and All iViewit NDA Signers, Video On Demand, Viacom Entertainment Group, Marc Randazza, Manwin, Webcasts.com, Walt Disney, Wachovia Securities, AOL TIME WARNER INC., CINEFORM, INC., Manwin, COMPAQ COMPUTER CORPORATION, COLUMBIA DIGITAL MEDIA, INC, CISCO SYSTEMS CAPITAL, PANASONIC AVC NETWORKS, GERMANY GMBH

And

FORMER lviewit MANAGEMENT & BOARD; Brian G. Utley/Proskauer Referred Management - ("Utley"); Raymond Hersh - ("Hersh")/; Michael Reale - ("Reale")/Proskauer Referred Management; Rubenstein/Proskauer Rose Shareholder in lviewit - Advisory Board; Wheeler/Proskauer Rose Shareholder in lviewit - Advisory Board; Dick/Foley & Lardner - Advisory Board, Boehm/Foley & Lardner - Advisory Board; Becker/Foley & Lardner; Advisory Board; Joao/Meltzer Lippe Goldstein Wolfe & Schlissel - Advisory Board; Kane/Goldman Sachs - Board Director; Lewin/Goldstein Lewin - Board Director; Ross Miller, Esq. ("Miller"), Prolow/Tiedemann Prolow II - Board Director; Powell/Crossbow Ventures/Proskauer Referred Investor - Board Director; Maurice Buchsbaum - Board Director; Stephen Warner - Board Director; Simon L. Bernstein – Board Director ("S. Bernstein"); any other John Doe ("John Doe") Former lviewit Management & Board partners, affiliates, companies, known or not known at this time; including but not limited to Former lviewit Management & Board and any other Former lviewit Management & Board related or affiliated entities both individually and professionally;

And

Real 3D, Inc. (SILICON GRAPHICS, INC., LOCKHEED MARTIN & INTEL) & RYJO; Gerald Stanley - ("Stanley"); Ryan Huisman - ("Huisman"); RYJO - ("RYJO"); Tim Connolly - ("Connolly"); Steve Cochran; David Bolton; Rosalie Bibona - ("Bibona"); Connie Martin; Richard Gentner; Steven A. Behrens; Matt Johannsen; any other John Doe ("John Doe") Intel, Real 3D, Inc. (Silicon Graphics, Inc., Lockheed Martin & Intel) & RYJO partners, affiliates, companies, known or not known at this time; including but not limited to Intel, Real 3D, Inc. (Silicon Graphics, Inc., Lockheed Martin & Intel) & RYJO; Employees, Corporations, Affiliates and any other Intel, Real 3D, Inc. (Silicon Graphics, Inc., Lockheed Martin & Intel) & RYJO related or affiliated entities, and any successor companies both individually and professionally; Tiedemann Investment Group; Bruce T. Prolow ("Prolow"); Carl Tiedemann ("C. Tiedemann"); Andrew Philip Chesler; Craig L. Smith; any other John Doe ("John Doe") Tiedemann Investment Group partners, affiliates, companies, known or not known at this time; including but not limited to Tiedemann Investment Group and any other Tiedemann Investment Group related or affiliated entities both individually and professionally; 3648. Crossbow Ventures / Alpine Partners; Stephen J. Warner - ("Warner"); Rene P. Eichenberger - ("Eichenberger"); H. Hickman Hank Powell - ("Powell"); Maurice Buchsbaum - ("Buchsbaum"); Eric Chen - ("Chen");

Avi Hersh; Matthew Shaw - ("Shaw"); Bruce W. Shewmaker - ("Shewmaker"); Ravi M. Ugale - ("Ugale"); any other John Doe ("John Doe") Crossbow Ventures / Alpine Partners partners, affiliates, companies, known or not known at this time; including but not limited to Crossbow Ventures / Alpine Partners and any other Crossbow Ventures / Alpine Partners related or affiliated entities both individually and professionally;

3649. BROAD & CASSEL; James J. Wheeler - ("J. Wheeler"); Kelly Overstreet Johnson - ("Johnson"); any other John Doe ("John Doe") Broad & Cassell partners, affiliates, companies, known or not known at this time; including but not limited to Broad & Cassell and any other Broad & Cassell related or affiliated entities both individually and professionally;

And

Lockheed Martin Corporation; Silicon Graphics Inc.; Goldstein & Lewin Co.; YAMAKAWA INTERNATIONAL PATENT OFFICE; Masaki Yamakawa,

And

FOLEY & LARDNER LLP; Ralf Boer ("Boer"); Michael Grebe ("Grebe"); Christopher Kise ("Kise"); William J. Dick - ("Dick"); Steven C. Becker - ("Becker"); Douglas Boehm - ("Boehm"); Barry Grossman - ("Grossman"); Jim Clark - ("Clark"); any other John Doe ("John Doe") Foley & Lardner partners, affiliates, companies, known or not known at this time; including but not limited to Foley & Lardner; Partners, Associates, Of Counsel, Employees, Corporations, Affiliates and any other Foley & Lardner related or affiliated entities both individually and professionally; and any and all defendants named in the iViewit / Eliot Bernstein RICO Complaint, SEC Complaint, USPTO Complaint, iViewit Lawsuits or Legal Matter in Any way.

## CONFLICT OF INTEREST DISCLOSURE FORM

S 200.45 Bribe giving for public office
S 200.50 Bribe receiving for public office
ARTICLE 175 OFFENSES INVOLVING FALSE WRITTEN STATEMENTS
S 175.05 Falsifying business records in the second degree. S 175.10 Falsifying business records in the first degree.
S 175.15 Falsifying business records; defense
S 175.20 Tampering with public records in the second degree
S 175.25 Tampering with public records in the first degree
S 175.30 Offering a false instrument for filing in the second degree
S 175.35 Offering a false instrument for filing in the first degree
NY Constitution ARTICLE XIII Public Officers
Public Officers - Public Officers ARTICLE 1
ARTICLE 2 Appointment and Qualification of Public Officers - ARTICLE 15 ATTORNEYS AND COUNSELORS
S 468-b. Clients` security fund of the state of New York
S 476-a. Action for unlawful practice of the law
S 476-b. Injunction to restrain defendant from unlawful practice of the law
S 476-c. Investigation by the attorney-general
S 487. Misconduct by attorneys
S 488. Buying demands on which to bring an action.
Public Officers Law SEC 73 Restrictions on the Activities Of Current and Former State

Officers and Employees
Public Officers Law SEC 74 Code of Ethics
Conflicts of Interest Law, found in Chapter 68 of the New York City Charter, the City's Financial Disclosure Law, set forth in section 12-110 of the New York City Administrative Code, and the Lobbyist Gift Law, found in sections 3-224 through 3-228 of the Administrative Code.

TITLE 18 FEDERAL CODE & OTHER APPLICABLE FEDERAL LAW
Title 18 U.S.C. § 4. Misprision of felony. Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

A federal judge, or any other government official, is required as part of the judge's mandatory administrative duties, to receive any offer of information of a federal crime. If that judge blocks such report, that block is a felony under related obstruction of justice statutes, and constitutes a serious offense.

Upon receiving such information, the judge is then required to make it known to a government law enforcement body that is not themselves involved in the federal crime.

Title 28 U.S.C. § 1361. Action to compel an officer of the United States to perform his duty. The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

This federal statute permits any citizen to file a lawsuit in the federal courts to obtain a court order requiring a federal official to perform a mandatory duty and to halt unlawful acts. This statute is Title 28 U.S.C. § 1361.

Fraud upon the court
FRAUD on the COURT In the United States, when an officer of the court is found to have fraudulently presented facts to court so that the court is impaired in the impartial performance of its legal task, the act, known as "fraud upon the court", is a crime deemed so severe and fundamentally opposed to the operation of justice that it is not subject to any statute of limitation.

Officers of the court include: Lawyers, Judges, Referees, and those appointed; Guardian Ad Litem, Parenting Time Expeditors, Mediators, Rule 114 Neutrals, Evaluators, Administrators, special appointees, and any others whose influence are part of the judicial mechanism.

"Fraud upon the court" has been defined by the 7th Circuit Court of Appeals to "embrace that species of fraud which does, or attempts to, defile the court itself, or is a fraud perpetrated by officers of the court so that the judicial machinery can not perform in the usual manner its impartial task of adjudging cases that are presented for adjudication". Kenner v. C.I.R., 387 F.3d 689 (1968); 7 Moore's Federal Practice, 2d ed., p. 512, ¶ 60.23 In Bulloch v. United States, 763 F.2d 1115, 1121 (10th Cir. 1985), the court stated "Fraud upon the court is fraud which is directed to the judicial machinery itself and is not fraud between the parties or fraudulent documents, false statements or perjury. ...

It is where the court or a member is corrupted or influenced or influence is attempted or where the judge has not performed his judicial function --- thus where the impartial functions of the court have been directly corrupted."

What effect does an act of "fraud upon the court" have upon the court proceeding? "Fraud upon the court" makes void the orders and judgments of that court.

I, Pro Se Plaintiff Crystal Cox, Demand that all involved in decision making in any way affirm or deny that you are or are not connected to anyone listed in the COI Disclosure in any way.

I, Pro Se Plaintiff Crystal Cox, Demand that all involved in decision making in any way confirm that in acting as Plaintiff's Attorney in collecting a Judgment, or any decisions regarding the Plaintiff Crystal Cox that you are not biased or conflicted in any way.

I declare under penalty of perjury that the foregoing statements in this CONFLICT OF INTEREST DISCLOSURE FORM are true and correct. Executed on this _____ day of _____20___ the foregoing statements in this CONFLICT OF INTEREST DISCLOSURE FORM are true.

I am aware that any false, fictitious, or fraudulent statements or claims will subject me to criminal, civil, or administrative penalties, including possible culpability in the RICO related crimes.

I agree to accept responsibility for the unbiased review, and presentation of findings to the appropriate party(ies) who also have executed this CONFLICT OF INTEREST DISCLOSURE FORM.

A lack of signature will serve as evidence that I have accepted this document with conflict in the event that I continue to represent the matters without signing such COI first and will be an admission of such conflict(s).

_____
_____


_____
_____

Any Clerk, Investigator, Attorney or anyone involved in the decision making process MUST, by Law, sign this form to insure Defendant of No Conflicts of Interest. Failure to Due this could result in Criminal Charges..

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed using the District of Nevada's Court CM/ECF system **On February 24th, 2013**.

Respectfully Submitted
Plaintiff Crystal L. Cox