# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CRYSTAL COX, ) | |
| Plaintiff, ) | Case No. 2:13-cv-00297-JCM-NJK |
| vs. ) | RECUSAL ORDER |
| MARC J. RANDAZZA, et al., ) | |
| Defendants. ) | |

This matter was assigned to the undersigned Magistrate Judge on February 26, 2013. With good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses herself in this action. IT IS ORDERED that this action is referred to the Clerk for random reassignment of this case for all further proceedings.

DATED: March 4, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge