# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CRYSTAL COX,

        Plaintiff(s),

v.

MARC J. RANDAZZA, et al.,

        Defendant(s).

2:13-CV-297 JCM (NJK)

**ORDER**

The above entitled matter has been randomly assigned to the U.S. district judge by the clerk of the court. With good cause appearing, and to avoid the appearance of impropriety,

U.S. District Judge James C. Mahan hereby recuses himself from this case and IT IS ORDERED that this matter is referred to the Chief Judge Robert C. Jones for further reassignment.

DATED March 25, 2013.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**