Crystal L. Cox
Pro Se Plaintiff
**2:13-cv-00297-JCM-VCF**
SavvyBroker@Yahoo.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
**2:13-cv-00297-JCM-VCF**

Plaintiff Crystal L. Cox

vs.

Motion to File Electronically

Defendant Marc J. Randazza, and ALL Named Defendants

### Motion / Proposed Order to Allow Plaintiff Crystal L. Cox to submit documents, court filings, responses electronically.

I, Crystal L. Cox in my Pro Se Capacity request this court's permission to submit filings electronically in this case.

Plaintiff Crystal L. Cox will be filing massive amounts of documents, evidence, exhibits and it would be cost effective for this court to allow Pro Se Plaintiff Crystal L. Cox to submit all legal filings electronically.

I, Crystal L. Cox in my Pro Se Capacity will accept all motions, filings, summons electronically via email.

1 of 2

## CERTIFICATE OF SERVICE

**On March 22nd, 2013**

I hereby certify that I served the foregoing on:

Las Vegas Courts
United States Magistrate Judge Cam Ferenbach
333 Las Vegas Blvd. S.
Las Vegas, NV  89101


Respectfully Submitted
**2:13-cv-00297-JCM-VCF**
Pro Se Plaintiff Crystal L. Cox

*[signature]*

## CERTIFICATE OF SERVICE