# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CRYSTAL COX, | ) |
| Plaintiff, | ) |
| | ) 2:13-cv-00297-MMD-VCF |
| v. | ) |
| | ) **MINUTE ORDER** |
| MARC J. RANDAZZA, *et al*, | ) |
| Defendants. | ) |
| | ) Dated: May 6, 2013 |

PRESENT: THE HONORABLE CAM FERENBACH, United States Magistrate Judge

JUDICIAL ASSISTANT: Mai Tieu        RECORDER: None

COUNSEL FOR PLAINTIFF(S): None Appearing

COUNSEL FOR DEFENDANT(S): None Appearing

Before the court is the matter of *Cox v. Randazza, et al.* (Case No. 2:13-cv-00297-MMD-VCF).

Plaintiff filed her motion/application to proceed *in forma pauperis* (#1) and complaint (#1-1) on February 26, 2013. Plaintiff filed eleven motions between March 26, 2013, and April 12, 2013. (#7– #17). Upon granting a request to proceed *in forma pauperis*, a court must additionally screen a complaint pursuant to 28 U.S.C. §1915(e). Federal courts are given the authority to dismiss a case if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). As the court has not issued an order on plaintiff's motion/application to proceed *in forma pauperis* (#1) and has not screened plaintiff's complaint (#1-1), plaintiff's pending motions (#7– #17) are premature. The motions (# 7– #17) are denied *without prejudice.* If appropriate, plaintiff may re-file the motions *after* the court issues an order on the motion/application to proceed *in forma pauperis* (#1) and screens the complaint (#1-1).

IT IS THEREFORE ORDERED that plaintiff's motions (#7, #8, #9, #10, #11, #12, #13, #14, #15, #16 and #17) are denied *without prejudice.* If appropriate, plaintiff may re-file the motions *after* the court issues an order on the motion/application to proceed *in forma pauperis* (#1) and screens the complaint (#1-1).

**CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**