**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

CRYSTAL L. COX,                          )
                                         )
                    Plaintiff,           )
                                         )      2:13-cv-00297-JCM-VCF
v.                                       )
                                         )      **ORDER**
                                         )
MARC J. RANDAZZA, *et al.*,              )
                                         )
                                         )
                    Defendants.          )
                                         )

Before the court is plaintiff Crystal L. Cox's Motion for Clarification re Minute Order (#18). (#19).

**Background:**

Plaintiff filed her motion/application to proceed in forma pauperis (#1) and complaint (#1-1) on February 26, 2013. Plaintiff filed the instant motion on May 15, 2013. Upon granting a request to proceed in forma pauperis, a court must additionally screen a complaint pursuant to 28 U.S.C. §1915(e). Federal courts are given the authority to dismiss a case if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). The court issued an order on plaintiff's motion/application to proceed in forma pauperis (#1) and screened plaintiff's complaint (#1-1) on September 16, 2013. (#21). Plaintiff's instant Motion (#18) was prematurely filed as it was filed prior to September 16, 2013.

...

Accordingly,

IT IS HEREBY ORDERED that plaintiff's Motion for Clarification re Minute Order (#19) is denied without prejudice.

DATED this 2nd day of October, 2013.

**CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**

2